In the Matter of the Claim of FRANK TAMBASCO, Respondent, against BURNS BROS., Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.